UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCHULZ, an individual; PABLO CARDONA, an individual on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALXSERV, LLC, a Delaware Company; WORLDWIDE TECHSERVICES, LLC, a Delaware Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE No. **09 cv 0017 LAB AJB**<br><br>**ORDER GRANTING JOINT MOTION TO FILE A CONSOLIDATED COMPLAINT**<br><br>CASE NO. 09 CV 0017 LAB (AJB)<br><br>[Consolidated with 09 CV 2081]<br><br>Judge: Hon. Larry A. Burns<br>Magistrate: Hon. Anthony J. Battaglia<br><br>Schulz Action Filed: January 6, 2009<br><br>Cardona Action Filed: September 23, 2009 |

For good cause shown, the Parties' Joint Motion to File a Consolidated Complaint is **GRANTED**. Plaintiffs shall have leave to file the Consolidated Complaint, and Defendant shall have twenty-one days after the Consolidated Complaint is filed to answer or otherwise respond.

DATED: July 22, 2010

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge