1   TROUTMAN SANDERS LLP
    Timothy P. Irving, Bar No. 108413
2   Email: tim.irving@troutmansanders.com
    Fiona L. McKenna, Bar No. 239732
3   Email: fiona.mckenna@troutmansanders.com
    550 West B Street, Suite 400
4   San Diego, CA  92101-3599
    Telephone:     619.235.4040
5   Facsimile:     619.231.8796

6   HISCOCK & BARCLAY, LLP
    Brian E. Whiteley (Admitted *Pro Hac Vice*)
7   Email:  bwhiteley@hblaw.com
    One International Plaza, 26th floor
8   Boston, MA  02110
    Telephone:     617.274.2900
9   Facsimile:     617.722.6003

10  Attorneys for Defendant QualxServ

11

12

13                  UNITED STATES DISTRICT COURT

14                 SOUTHERN DISTRICT OF CALIFORNIA

15
    GEORGE SCHULZ, an individual;
16  PABLO CARDONA, an individual on
    behalf of himself, and on behalf of all          Case No.  09 CV 0017 LAB AJB
17  persons similarly situated,

18                    Plaintiffs,                     **ANSWER TO CONSOLIDATED CLASS
                                                      ACTION COMPLAINT**
19  v.

20  QUALXSERV, LLC, a Delaware
    Company; WORLDWIDE
21  TECHSERVCES, LLC, a Delaware
    Company, and DOES 1 through 100,
22  inclusive,

23                    Defendants.

24          COMES NOW, Defendant QUALXSERV, LLC, a Delaware limited liability company,

25  n/k/a WORLDWIDE TECHSERVICES, LLC, a Delaware limited liability company (jointly as

26  "QualxServ" or the "Company") and answers the Consolidated Class Action Complaint (the

27  "Complaint"), as follows:

28
                                                1            Case No.  09 CV 0017 LAB AJB
                          ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

**JURISDICTION**

1.      QualxServ asserts that paragraph 1 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 1 of the Complaint.

**INTRODUCTION**

2.      QualxServ asserts that paragraph 2 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 2 of the Complaint.

3.      QualxServ admits that certain of its part-time technicians are paid on a per-call basis that compensates the employees for the time spent on the call, traveling to and from the call, and performing simple administrative tasks such as obtaining calls, scheduling appointments, and closing calls. QualxServ further admits that certain technical certifications are a condition of employment. QualxServ asserts that the remainder of the allegations in paragraph 3 of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny. Unless otherwise expressly admitted as set forth in the first two sentences of this paragraph 3 of the Answer, QualxServ denies the remaining allegations contained in paragraph 3 of the Complaint.

4.      QualxServ asserts that paragraph 4 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 4 of the Complaint.

5.      QualxServ asserts that paragraph 5 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 5 of the Complaint.

6.      QualxServ asserts that paragraph 6 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 6 of the Complaint.

7.      QualxServ asserts that paragraph 7 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 7 of the Complaint.

8.      QualxServ asserts that paragraph 8 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 8 of the Complaint.

9.      QualxServ asserts that paragraph 9 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 9 of the Complaint.

10.      QualxServ asserts that paragraph 10 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 10 of the Complaint.

11.      QualxServ asserts that paragraph 11 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 11of the Complaint.

12.      QualxServ asserts that paragraph 12 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 12 of the Complaint.

13.      QualxServ asserts that paragraph 13 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 13 of the Complaint.

## VENUE

14.      QualxServ asserts that paragraph 14 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 14 of the Complaint.

## PARTIES

15.      QualxServ is without sufficient information or knowledge to admit or deny the allegations contained in the first sentence of paragraph 15 and therefore denies those allegations.

Case No.  09 CV 0017 LAB AJB
ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

With respect to paragraphs 15(a) and 15(b), QualxServ admits that Plaintiff Schulz worked for QualxServ as a part-time, temporary employee from in or about December 2006 to in or about August 2008; QualxServ denies the remaining allegations of paragraphs 15(a) and 15(b) of the Complaint. With respect to paragraph 15(c), QualxServ admits that Plaintiff was paid on a per-incident basis; QualxServ denies the remaining allegations of paragraph 15(c) of the Complaint. QualxServ asserts that paragraphs 15(d) to 15(f) of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 16(d) to 16(f) of the Complaint.

16.     QualxServ is without sufficient information or knowledge to admit or deny the allegations contained in the first sentence of paragraph 16 and therefore denies those allegations. With respect to paragraphs 16(a) and 16(b), QualxServ admits that Plaintiff Cardona worked for QualxServ as a part-time, temporary employee from in or about October 2007 to in or about April 2008; QualxServ denies the remaining allegations of paragraphs 16(a) and 16(b) of the Complaint. With respect to paragraph 16(c), QualxServ admits that Plaintiff was paid on a per-incident basis; QualxServ denies the remaining allegations of paragraph 16(c) of the Complaint. QualxServ asserts that paragraphs 16(d) to 16(f) of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 16(d) to 16(f) of the Complaint.

17.     QualxServ admits that it is a Delaware company engaged in technology deployment and field maintenance services for leading technology partner.

18.     QualxServ admits that that its new corporate name is now Worldwide TechServices, LLC.  QualxServ denies the remaining allegations in paragraph 18.  The remaining allegations in paragraph 18 of the Complaint refer to documents and/or electronic data which speak for themselves or contain statements of law or opinion that QualxServ is not required to admit or deny.

19.     QualxServ admits that that its new corporate name is now Worldwide TechServices, LLC, that it continues in the same business and that it operates at the same principal place of business at 836 North Street, Tewksbury, Massachusetts.  The remaining

allegations in paragraph 19 of the Complaint refer to documents and/or electronic data which speak for themselves or contain statements of law or opinion that QualxServ is not required to admit or deny.

20.     QualxServ admits that its corporate headquarters are in Tewksbury, Massachusetts and that it provides deployment and support services for technology partners.  The remaining allegations in paragraph 20 of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny..

21.     QualxServ asserts that paragraph 21 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 21 of the Complaint.

22.     QualxServ is without information or knowledge sufficient to admit or deny the allegations of paragraph 22 of the Complaint and therefore denies the allegations contained in paragraph 22 of the Complaint.

23.     QualxServ asserts that paragraph 23 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 23 of the Complaint.

## FACTUAL BACKGROUND FOR ALL CLAIMS

24.     QualxServ admits that its technicians service computers in commercial and residential settings.  QualxServ denies the remaining allegations contained in paragraph 24 of the Complaint.

25.     QualxServ admits that it conducts business in California.  QualxServ asserts the remaining allegations in paragraph 25 of the Complaint contain statements of law opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 25 of the Complaint.

26.     QualxServ admits that its technicians service computers in commercial and residential settings.  QualxServ denies the remaining allegations contained in paragraph 26 of the Complaint.

27.     QualxServ admits that certain of its employees' duties include servicing computers in commercial and residential settings, picking up and dropping off parts, and performing certain administrative tasks. QualxServ is not required to admit or deny the allegations in the second sentence of paragraph 27 that appear to quote from a document without specifically identifying the document because the provisions of any such document speak for themselves. QualxServ denies the remaining allegations contained in paragraph 27 of the Complaint.

28.     QualxServ denies the allegations contained paragraph 28 of the Complaint.

29.     QualxServ asserts that paragraph 29 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ admits that certain of its employees were paid on a per incident basis. QualxServ denies the remaining allegations contained in paragraph 29 of the Complaint.

30.     QualxServ asserts that paragraph 30 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 30 of the Complaint.

31.     QualxServ denies the allegations contained in paragraph 31 of the Complaint.

32.     QualxServ asserts that paragraph 32 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 32 of the Complaint.

33.     QualxServ asserts that paragraph 33 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 33 of the Complaint.

34.     QualxServ asserts that paragraph 34 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 34 of the Complaint.

35.     QualxServ asserts that paragraph 35 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 35 of the Complaint.

36.     QualxServ admits that certain technicians are paid on a per incident basis. QualxServ asserts that the remaining allegations in paragraph 36 of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 36 of the Complaint.

37.     QualxServ asserts that paragraph 37 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 37 of the Complaint.

38.     QualxServ asserts that paragraph 38 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny or alleges facts about which QualxServ is without information or knowledge sufficient to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 38 of the Complaint.

39.     QualxServ asserts that paragraph 39 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 39 of the Complaint.

40.     QualxServ asserts that paragraph 40 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 40 of the Complaint.

## CLASS ACTION ALLEGATIONS

41.     QualxServ asserts that paragraphs 41(a) to 41(h) contain statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny the remaining allegations in paragraphs 41(a) to 41(h) of the Complaint and therefore denies the remaining allegations contained in paragraphs 41(a) to 41(h) of the Complaint.

42.     QualxServ asserts that paragraph 42 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 42 of the Complaint.

43.     QualxServ asserts that paragraphs 43(a) to 43(g) of the Complaint contain statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations of paragraphs 43(a) to 43(g) of the Complaint.

44.     QualxServ asserts that paragraph 44 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 44 of the Complaint.

45.     QualxServ asserts that paragraph 45 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny the remaining allegations of paragraph 45 of the Complaint and therefore denies the remaining allegations contained in paragraph 45 of the Complaint.

46.     QualxServ asserts that paragraph 46 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 46 of the Complaint.

47.     QualxServ asserts that paragraph 47 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 47of the Complaint.

## COLLECTIVE ACTION ALLEGATIONS

48.     QualxServ asserts that paragraph 48 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 48 of the Complaint.

## FIRST CLAIM FOR DENIAL OF OVERTIME COMPENSATION

49.     QualxServ incorporates by reference paragraphs 1 through 48 as though fully set forth herein for each and every response in this Answer to the Complaint.

50.     QualxServ asserts that paragraph 50 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 50 of the Complaint.

Case No.  09 CV 0017 LAB AJB
ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

51.     QualxServ asserts that paragraph 51 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 51 of the Complaint.

52.     QualxServ asserts that paragraph 52 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 52 of the Complaint.

53.     QualxServ asserts that paragraph 53 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 53 of the Complaint.

**SECOND CLAIM FOR DENIAL OF OVERTIME COMPENSATION**

54.     QualxServ incorporates by reference paragraphs 1 through 53 as though fully set forth herein for each and every response in this Answer to the Complaint.

55.     QualxServ asserts that paragraph 55 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 55 of the Complaint.

56.     QualxServ asserts that paragraph 56 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 56 of the Complaint.

57.     QualxServ asserts that paragraph 57 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 57 of the Complaint.

58.     QualxServ asserts that paragraph 58 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 58 of the Complaint.

59.     QualxServ asserts that paragraph 59 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining allegations contained in paragraph 59 of the Complaint.

Case No.  09 CV 0017 LAB AJB
ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

60.     QualxServ asserts that paragraph 60 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 60 of the Complaint.

61.     QualxServ is without information or knowledge sufficient to admit or deny the allegations of paragraph 61 of the Complaint and therefore denies the allegations contained in paragraph 61 of the Complaint.

**THIRD CLAIM FOR FAILURE TO PAY WAGES FOR**

**COMPENSABLE MEAL BREAK PERIODS**

62.     QualxServ incorporates by reference paragraphs 1 through 61 as though fully set forth herein for each and every response in this Answer to the Complaint.

63.     QualxServ asserts that paragraph 63 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 63 of the Complaint

64.     QualxServ asserts that paragraph 64 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 64 of the Complaint and therefore denies those and all other remaining allegations contained in paragraph 64 of the Complaint.

**FOURTH CLAIM FOR FAILURE TO PAY WAGES FOR**

**COMPENSABLE REST BREAK PERIODS**

65.     QualxServ incorporates by reference paragraphs 1 through 64 as though fully set forth herein for each and every response in this Answer to the Complaint.

66.     QualxServ asserts that paragraph 66 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ denies the remaining allegations contained in paragraph 66 of the Complaint.

67.     QualxServ asserts that paragraph 67 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 67 of the

Complaint and therefore denies those and all other remaining allegations contained in paragraph 67 of the Complaint.

## FIFTH CLAIM FOR FAILURE TO PAY

## MINIMUM WAGE/ "OFF THE CLOCK" WORK

68.     QualxServ incorporates by reference paragraphs 1 through 67 as though fully set forth herein for each and every response in this Answer to the Complaint.

69.     QualxServ asserts that paragraph 69 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 69 of the Complaint.

70.     QualxServ asserts that paragraph 70 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 70 of the Complaint and therefore denies those and all other remaining allegations contained in paragraph 70 of the Complaint.

71.     QualxServ asserts that paragraph 71 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 71 of the Complaint and therefore denies those and all other remaining allegations contained in paragraph 71 of the Complaint.

## SIXTH CLAIM FOR FAILURE TO FULLY OR SUFFICIENTLY REIMBURSE

## EMPLOYEES FOR MANDATORY EXPENSES

72.     QualxServ incorporates by reference paragraphs 1 through 71 as though fully set forth herein for each and every response in this Answer to the Complaint.

73.     QualxServ asserts that paragraph 73 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 73 of the Complaint.

74.     QualxServ asserts that paragraph 74 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 74 of the Complaint.

75.     QualxServ asserts that paragraph 75 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 75 of the Complaint and therefore denies those and all other remaining allegations contained in paragraph 75 of the Complaint.

76.     QualxServ asserts that paragraph 76 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 76 of the Complaint.

77.     QualxServ asserts that paragraph 77 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 77 of the Complaint.

**SEVENTH CLAIM FOR FAILURE TO PAY ALL FINAL ACCRUED WAGES AT THE TIME OF TERMINATION**

78.     QualxServ incorporates by reference paragraphs 1 through 77 as though fully set forth herein for each and every response in this Answer to the Complaint.

79.     QualxServ asserts that paragraph 79 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 79 of the Complaint.

80.     QualxServ asserts that paragraph 80 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny. QualxServ is without information or knowledge sufficient to admit or deny certain of the remaining allegations of paragraph 80 of the Complaint and therefore denies those and all other remaining allegations contained in paragraph 80 of the Complaint.

Case No.  09 CV 0017 LAB AJB
ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

1

## EIGHTH CLAIM FOR LATE PAYMENT OF FINAL ACCRUED WAGES

2

81.     QualxServ incorporates by reference paragraphs 1 through 80 as though fully set

3

forth herein for each and every response in this Answer to the Complaint.

4

82.     QualxServ asserts that paragraph 82 of the Complaint contains statements of law

5

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

6

allegations contained in paragraph 82 of the Complaint.

7

83.     QualxServ asserts that paragraph 83 of the Complaint contains statements of law

8

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

9

allegations contained in paragraph 83 of the Complaint.

10

84.     QualxServ asserts that paragraph 84 of the Complaint contains statements of law

11

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

12

allegations contained in paragraph 84 of the Complaint.

13

## NINTH CLAIM FOR FAILURE TO FURNISH ITEMIZED WAGE STATEMENTS

14

85.     QualxServ incorporates by reference paragraphs 1 through 84 as though fully set

15

forth herein for each and every response in this Answer to the Complaint.

16

86.     QualxServ asserts that paragraph 86 of the Complaint contains statements of law

17

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

18

allegations contained in paragraph 86 of the Complaint.

19

87.     QualxServ asserts that paragraph 87 of the Complaint contains statements of law

20

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

21

allegations contained in paragraph 87 of the Complaint.

22

88.     QualxServ asserts that paragraph 88 of the Complaint contains statements of law

23

or opinion that QualxServ is not required to admit or deny.   QualxServ denies the remaining

24

allegations contained in paragraph 88 of the Complaint.

25

## TENTH CLAIM FOR UNFAIR AND UNLAWFUL BUSINESS PRACTICES

26

89.     QualxServ incorporates by reference paragraphs 1 through 88 as though fully set

27

forth herein each and every response in this Answer to the Complaint.

28

90.     QualxServ asserts that paragraph 90 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 90 of the Complaint.

91.     QualxServ asserts that paragraph 91 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ is without information or knowledge sufficient to admit or deny the remaining allegations of paragraph 91 of the Complaint and therefore denies the remaining allegations contained in paragraph 91 of the Complaint.

92.     QualxServ asserts that paragraph 92 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 92 of the Complaint.

## ELEVENTH CLAIM FOR REPRESENTATIVE ACTION ON BEHALF OF ALL EMPLOYEES FOR VIOLATION OF LABOR CODE SECTION 2699

93.     QualxServ incorporates by reference paragraphs 1 through 92 as though fully set forth herein each and every response in this Answer to the Complaint.

94.     QualxServ asserts that paragraph 94 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 94 of the Complaint.

95.     QualxServ asserts that paragraph 95 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 95 of the Complaint.

96.     QualxServ asserts that paragraph 96 of the Complaint contains statements of law or opinion that QualxServ is not required to admit or deny.  QualxServ denies the remaining allegations contained in paragraph 96 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST, SEPARATE AND AFFIRMATIVE DEFENSE

The Complaint, and each purported cause of action therein, fails to allege facts sufficient to constitute a cause of action.

**SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' and all alleged class members' claims are barred or diminished in whole or in part by the applicable statutes of limitations, including, but not limited to, 29 U.S.C. § 255 and California Code of Civil Procedure §§ 337, 338, 339 and 340 *et seq*., Labor Code § 203, *et seq*. and Business and Professions Code § 17200 *et seq*. and all other applicable statutes of limitation, and statutes of repose, as well as the equitable doctrine of laches.

**THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs and all alleged class members have been paid and/or received all wages and expenses due to them by virtue or their employment with QualxServ.

**FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs' and all alleged class members' alleged injuries were not proximately caused by any unlawful policy, custom, practice and/or procedure promulgated and/or tolerated by QualxServ.

**FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs fail to state a claim for attorneys' fees under the FLSA or any other basis.

**SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs and all alleged class members are not entitled to any additional wages as they were paid for all hours actually worked.  Assuming Plaintiffs and all alleged class members are entitled to recover additional compensation, QualxServ has not willfully or intentionally failed to pay additional compensation and, as such, liquidated damages should not be awarded and only a two-year statute of limitations should apply under the FLSA.

**SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that if there is a finding that additional wages are due then it is entitled to an offset with respect to any overpayment of wages.

**EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs and all alleged class members are not entitled to an award of prejudgment interest if they prevail on any or all of their claims.

**NINTH, SEPARATE AND AFFIRMATIVE DEFENSE**

QualxServ alleges that Plaintiffs and all alleged class members are not similarly situated.

**TENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs have failed to satisfy all conditions precedent to bringing a claim pursuant to § 216(b) of the FLSA.

**ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' Rule 23 class claims should be dismissed to the extent that the putative class does not meet the numerosity requirements of Rule 23(a)(1).

**TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' Rule 23 class claims should be dismissed because there are no questions of law or fact common to the putative class.

**THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' Rule 23 class claims should be dismissed because the claims or defenses of the representative party are not typical of the claims or defenses of the putative class.

**FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' Rule 23 claims should be dismissed because he will not fairly and adequately protect the interests of the putative class.

**FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs' Rule 23 class claims should be dismissed because questions of law or fact common to members of the putative class do not predominate over any questions affecting only individual members, and a class action is not superior to other available methods for fairly and efficiently adjudicating the controversy.

**SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

The Complaint, and each purported cause of action contained therein, is barred by the doctrine of unclean hands.

**SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**

Plaintiffs and all alleged class members are estopped from pursuing the Complaint, and each purported cause of action contained therein, by reason of their own actions, estoppel, and

or/course of conduct.

## EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

Plaintiffs and all alleged class members are barred from pursuing this Complaint, and each purported cause of action contained therein, as a class action, as substantial difficulties are likely to be encountered in the management of this action as a class action, as the interest of each member and the whole differ.

## NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE

Plaintiffs and all alleged class members are barred from pursuing this Complaint, and each purported cause of action contained therein, as a class action, as there is no existence of an ascertainable class and well-defined community of interest among the class members.

## TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE

Plaintiffs and all alleged class members are barred from pursuing this Complaint, and each purported cause of action contained therein, as a class action, as defenses to be offered raise individual issues specific to each member of the class that predominate over issues in common.

## TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE

The Complaint, and each purported cause of action contained therein, is barred because Plaintiffs and all alleged class members never advised QualxServ that they were working more than what was reported and/or paid pursuant to the terms and conditions of employment.

## TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE

The Complaint, and each purported cause of action contained therein, is barred because Plaintiffs and all alleged class members failed to utilize the grievance procedure as required by law and/or contract and/or practice.

## TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE

The Complaint, and each purported cause of action contained therein, is barred because through course of dealing and otherwise, Plaintiffs and all alleged class members mutually understood, agreed and promised that they would adequately report all time spent in services to QualxServ with the agreement and promise that they would report and demand payment for such services, and QualxServ would not otherwise be obligated or called upon to pay them for such

services not worked or reported.

### TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE

The Complaint, and each purported cause of action contained therein, is barred because Plaintiffs' and all alleged class members' representations, agreements and promises to QualxServ in respect to providing services and accurate reporting of such services on a regular basis, and QualxServ's actions and reasonable reliance thereon, constitutes promissory estoppel and preclude Plaintiffs and all alleged class members from maintaining this action against QualxServ.

### TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE

QualxServ alleges that the hours Plaintiffs and all alleged class members claim are not hours worked so that minimum wage and overtime compensation need not be paid for those hours.

### TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE

QualxServ alleges that Plaintiffs and all alleged class members absented themselves to avoid payment of wages and/or refused to receive the payment fully tendered to them by QualxServ, thereby relieving QualxServ of liability for waiting time penalties under Labor Code § 203.

### TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE

QualxServ alleges that Plaintiffs and all alleged class members are not entitled to liquidated damages because any alleged act or omission by QualxServ was in good faith and QualxServ had reasonable grounds for believing that its conduct did not violate any provision of the Labor Code or Industrial Welfare Commission order relating to the minimum wage.

### TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE

That as to the Complaint, QualxServ presently has insufficient information or knowledge on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available.  QualxServ reserves the right to assert additional defenses in the event discovery indicates they would be appropriate.

Case No.  09 CV 0017 LAB AJB
ANSWER TO CONSOLIDATED CLASS ACTION COMPLAINT

1

### **PRAYER**

2      WHEREFORE, Defendant QualxServ, LLC, prays for judgment as follows:

3      1.      That Plaintiff and all alleged class members take nothing by way of this

4  Complaint, and that the same is dismissed without prejudice;

5      2.      For attorneys' fees and costs of suit incurred herein; and

6      3.      For such other and further relief as this court may deem just and proper.

7

Dated: August 19, 2010                              Hiscock & Barclay, LLP

8

9

                                                    By: _s/Brian E. Whiteley_____
10                                                      Attorneys for Defendant
                                                        QualxServ, LLC, f/k/a Worldwide
11                                                      Techservices, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28