1

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
   Norman B. Blumenthal (State Bar #068687)
2    Kyle R. Nordrehaug      (State Bar #205975)
   Aparajit Bhowmik        (State Bar #248066)
3  2255 Calle Clara
La Jolla, CA 92037
4  Telephone: (858) 551-1223
Facsimile:  (858) 551-1232
5  Firmsite: http://www.bamlawca.com

6  **KRUTCIK & GEORGGIN**
   A. Nicholas Georggin, Esq. (State Bar #170925)
7    Joo Hee Kershner, Esq. (State Bar #210015)
26021 Acero
8  Mission Viejo, CA 92691
Telephone: (949) 367-8590
9  Facsimile: (949) 367-8597

10  Attorneys for Plaintiff George Schulz and Plaintiff Pablo Cardona

11
                    **UNITED STATES DISTRICT COURT**
12
                  **SOUTHERN DISTRICT OF CALIFORNIA**
13

14

15  GEORGE SCHULZ, an individual;          **CASE No. 09 cv 0017 AJB (MDD)**
    PABLO CARDONA, an individual on         [Consolidated with 09 CV 2081]
16  behalf of himself, and on behalf of all
    persons similarly situated,
17                                          NOTICE OF MOTION AND MOTION
                         Plaintiffs,        FOR PRELIMINARY APPROVAL OF
18                                          CLASS SETTLEMENT
    vs.
19
    QUALXSERV, LLC, a Delaware
20  Company; WORLDWIDE
    TECHSERVICES, LLC, a Delaware
21  Company, and DOES 1 through 100,        Hearing Date:_October 10, 2013
    inclusive,                             Hearing Time: 1:30 p.m.
22
                         Defendants.        Judge:     Hon. Anthony J. Battaglia
23                                          Courtroom:   Courtroom 3B (Schwartz)

24                                          Action Filed: January 6, 2009

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 10, 2013 at 1:30 p.m., before the Honorable Anthony J. Battaglia in Courtroom 3B of the United States District Court for the Southern District of California, Edward J. Schwartz Courthouse, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs will move and hereby do move for Preliminary Approval of the proposed class settlement in this case.  This motion is unopposed as based on the Joint Stipulation Re: Class Action Settlement and Release of Claims (the "Settlement" or "Agreement") between the parties filed concurrently with this motion.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Norman B. Blumenthal and attached exhibits, the argument of counsel and upon such other material contained in the file and pleadings of this action.

Dated: August 22, 2013                **BLUMENTHAL, NORDREHAUG & BHOWMIK**


By:    */s/ Norman B. Blumenthal*

Norman B. Blumenthal

Attorneys for Plaintiffs