

FILED

SEP 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PABLO CARDONA, an individual on behalf of himself, and on behalf of all persons similarly situated and GEORGE SCHULZ, an individual,

   Plaintiffs - Appellees,

 v.

WORLDWIDE TECHSERVICES LLC, a Delaware Company,

   Defendant - Appellant.

No. 12-56290

D.C. No. 3:09-cv-00017-AJB-MDD
Southern District of California, San Diego

ORDER

  The parties' joint motion additional stay of proceedings pending settlement agreement is granted. This case is stayed until December 11, 2013. On or before the expiration of the stay, the parties may move for appropriate relief. In the absence of a motion from the parties, the stay will expire and the opening brief is due December 11, 2013; the answering brief is due January 10, 2014. The optional reply brief is due within 14 days after service of the answering brief.

       For the Court:

       MOLLY C. DWYER
       Clerk of the Court

       Linda K. King
       Deputy Clerk
       Ninth Cir. R. 27-7/Advisory Note to Rule 27
        and Ninth Circuit Rule 27-10

Lking/9.3.13./lkk/Pro Mo